SPECIAL CONDITIONS OF RELEASE

Name: Steven Ortega Jr.
Docket No.: 2-12-MJ-125 GGH
Date: May 24, 2012

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall obtain no passport during the pendency of this case;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

12. You shall not associate or have any contact with any co-defendants, except your family members, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.