```
                    FILED
                 May 25, 2012
            CLERK, US DISTRICT COURT
            EASTERN DISTRICT OF
                 CALIFORNIA
                 DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                        Plaintiff,            )<br>v.                                                          )<br>                                                              )<br>STEVEN ORTEGA, JR.,                  )<br>                                                              )<br>                        Defendant.        ) | Case No. 2:2MJ00125-GGH-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __STEVEN ORTEGA, JR.__ , Case No. __2:2MJ00125-GGH-2__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $ __The defendant to surrender the deed of the property located at 803 Virginia Dr., Rio Vista, California. There is no equity in the property.__

    __  __   Unsecured Appearance Bond

    __  __   Appearance Bond with 10% Deposit

    __  __   Appearance Bond with Surety

    __  __   Corporate Surety Bail Bond

    __✔__   (Other)      __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __May 25, 2012__ at __11:16 am__ .

By   /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

Copy 5 - Court