UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 25, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STEVEN ORTEGA, JR., ) <br> ) <br> Defendant. ) | Case No. 2:2MJ00125-GGH-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   STEVEN ORTEGA, JR.  , Case No. 2:2MJ00125-GGH-2  , Charge  21USC § 841(a)(1), 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of $ The defendant to surrender the deed of the property located at 803 Virginia Dr., Rio Vista, California. There is no equity in the property.

     __   Unsecured Appearance Bond

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond with Surety

     __   Corporate Surety Bail Bond

     ✔   (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  May 25, 2012  at  11:16 am  .

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge

Copy 5 - Court