RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN ORTEGA, JR., ) <br> ) <br> Defendant. ) <br> ) | **Case No.** 2:12-CR-00198-MCE <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA; ORDER** <br><br> **18 U.S.C. § 3161** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Robert Bender, and defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby stipulate to continue the previously set status conference/change of plea from December 10, 2015, to December 17, 2015.  This continuance is at the request of counsel for Mr. Ortega, who appeared before the Honorable Charles R. Bryer in *United States vs. Chow, CR. 14-0196-CRB* in the Northern District of California on December 10th.

/ / /

---

STIP & ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLE
 & RE: EXCLUDABLE TIME PERIODS                                                                                                                1

The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

a. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10 through December 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

b. This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2] on the basis that the case is complex due to the nature of the prosecution.

c. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

IT IS SO STIPULATED.

Dated: December 10, 2015                BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/ Robert Bender
                                        ROBERT BENDER, ESQ.
                                        Assistant United States Attorney

Dated: December 10, 2015                 /s/ Randy Sue Pollock
                                        RANDY SUE POLLOCK, ESQ.
                                        Counsel for Defendant STEVEN ORTEGA, JR.

STIP & ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLE
 & RE: EXCLUDABLE TIME PERIODS                                                    2


# ORDER

The status conference/change of plea previously set for December 10, 2015, is hereby CONTINUED to December 17, 2015, at 9:00 a.m., pursuant to the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 10, 2015 through December 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  December 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT