RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No.** 2:12-CR-00198-MCE |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA; ORDER** |
| STEVEN ORTEGA, JR., | ) | |
| Defendant. | ) | **18 U.S.C. § 3161** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Richard Bender, and defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby stipulate to continue the status conference/change of plea from January 7, 2016 to January 28, 2016. This continuance is based upon the unavailability of the Honorable Morrison C. England, Jr., on January 7, 2016.

/ / /

/ / /

/ / /

ORDER TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA
 & RE: EXCLUDABLE TIME PERIODS                                                                                                       1

The parties further agree and request that the Court find that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    a. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2016 through January 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    b. This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2] on the basis that the case is complex due to the nature of the prosecution.

    c. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

IT IS SO STIPULATED.

Dated: January 7, 2016                                 BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           */s/ Richard Bender*
                                                           RICHARD BENDER, ESQ.
                                                           Assistant United States Attorney

Dated: January 7, 2016                                 */s/ Randy Sue Pollock*
                                                           RANDY SUE POLLOCK, ESQ.
                                                           Counsel for Defendant STEVEN ORTEGA, JR.

**ORDER**

The status conference/change of plea previously set for January 7, 2016, is hereby CONTINUED to January 28, 2016, at 9:00 a.m., pursuant to the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 7, 2016 through January 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT