RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BoooB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 2:12-CR-00198-MCE** |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO RESET** |
| vs. ) | **PROBATION FILING SCHEDULE AND** |
| ) | **SENTENCING DATE** |
| STEVEN ORTEGA, JR., ) | |
| Defendant. ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Richard Bender, and defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby stipulate to reset the probation filing schedule and to change the sentencing date.  The parties propose the following filing schedule for the sentencing hearing:

| | |
|---|---|
| Draft PSR Shall Be Due: | March 31, 2016 |
| Information Corrections Shall Be Due: | April 5, 2016 |
| Final PSR Shall Be Due: | April 8, 2016 |
| Motion for Corrections Due: | April 12, 2016 |

| | |
|---|---|
| Reply Brief Due: | April 14, 2016 |
| New Sentencing Date: | April 21, 2016 |

United States Probation Officer Paul Mamaril has no objection to these changes.

IT IS SO STIPULATED.

Dated:  March 23, 2016

BENJAMIN B. WAGNER
United States Attorney

 */s/ Richard Bender*
RICHARD BENDER, ESQ.
Assistant United States Attorney

Dated:  March 23, 2016

 */s/ Randy Sue Pollock*
RANDY SUE POLLOCK, ESQ.
Counsel for Defendant STEVEN ORTEGA, JR.

IT IS SO ORDERED.

Dated:  March 29, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT