1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  3824 Grand Avenue, Ste. 120
   Oakland, CA 94610
3  Telephone: (510) 763-9967
4  Facsimile:   (510) 380-6551
   rsp@rspollocklaw.com
5
6  Attorney for Defendant
   STEVEN ORTEGA, JR.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                      B<sub>ooo</sub>B

11

12  UNITED STATES OF AMERICA,        )   Case No. 2:12-CR-00198-MCE
                                     )
13            Plaintiff,             )
                                     )   **STIPULATION AND PROPOSED**
14      vs.                          )   **ORDER TO CONTINUE SENTENCING**
                                     )
15  STEVEN ORTEGA, JR.,              )
                                     )
16            Defendant.             )
                                     )
17  _____  )

18

19                        **STIPULATION**

20      Plaintiff United States of America, by and through its counsel of record Richard Bender, and

21  defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby

22  stipulate to continue the sentencing presently set for April 21, 2016 to August 4, 2016.

23      Defense counsel requests this continuance as she commences a four-month jury trial in *United

24  States vs. Cervantes, et al.*, CR. 12-00792-YGR, in the Northern District of California on April 25, 2016.

25  Counsel is in court in the *Cervantes* case on April 18, 19 and 20th.  She must review 150 jury

26  questionnaires by April 22nd to determine for cause challenges.  Given her trial schedule the earliest she

27  can appear for sentencing is August 4, 2016.  Informal objections to the presentence report were filed on

28  April 4, 2016.

STIPULATION AND ORDER TO CONTINUE SENTENCING                                    1

United States Probation Officer Paul Mamaril has no objection to this continuance.

IT IS SO STIPULATED.

Dated:  April 5, 2016                                BENJAMIN B. WAGNER
                                                     United States Attorney

                                                      */s/ Richard Bender*
                                                     RICHARD BENDER, ESQ.
                                                     Assistant United States Attorney

Dated:  April 5, 2016                                 */s/ Randy Sue Pollock*
                                                     RANDY SUE POLLOCK, ESQ.
                                                     Counsel for Defendant STEVEN ORTEGA, JR.

   IT IS SO ORDERED.

Dated: April 11, 2016

                                                     _____
                                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                     UNITED STATES DISTRICT COURT