RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

B<sub>ooo</sub>B

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>     vs.                            )<br>                                    )<br>STEVEN ORTEGA, JR.,                 )<br>                                    )<br>     Defendant.                     )<br>_____) | **Case No. 2:12-CR-00198-MCE**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record Richard Bender, and defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby stipulate to continue the sentencing presently set for April 21, 2016 to August 4, 2016.

Defense counsel requests this continuance as she commences a four-month jury trial in *United States vs. Cervantes, et al.*, CR. 12-00792-YGR, in the Northern District of California on April 25, 2016. Counsel is in court in the *Cervantes* case on April 18, 19 and 20th.  She must review 150 jury questionnaires by April 22nd to determine for cause challenges.  Given her trial schedule the earliest she can appear for sentencing is August 4, 2016.  Informal objections to the presentence report were filed on April 4, 2016.

United States Probation Officer Paul Mamaril has no objection to this continuance.

IT IS SO STIPULATED.

Dated:  April 5, 2016                             BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Richard Bender
                                                  RICHARD BENDER, ESQ.
                                                  Assistant United States Attorney

Dated:  April 5, 2016                              /s/ Randy Sue Pollock
                                                  RANDY SUE POLLOCK, ESQ.
                                                  Counsel for Defendant STEVEN ORTEGA, JR.

         IT IS SO ORDERED.

Dated: April 11, 2016

                                                  _____
                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT