1  PHILLIP A. TALBERT
   Acting United States Attorney
2  RICHARD BENDER
   ROGER YANG
3  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00198-MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING REDWOOD CREDIT UNION'S ANCILLARY PETITION |
| STEVEN ADGATE, et al., | |
| Defendants, | |

The United States and petitioner Redwood Credit Union stipulate that Redwood Credit Union has a valid lien holder interest in the 2012 Eliminator Speedster Boat, VIN: ELBA0131G112, California Vessel Number CF0818RR and the 2012 Extreme Carrier Trailer, VIN: 5DBUP28381R000028, California License: 4LU8888.  The United States and petitioner Redwood Credit Union will enter into a stipulation for Final Order of Forfeiture recognizing Redwood Credit Union's interest in these assets.

///

///

///

///

The Stipulation for Final Order of Forfeiture will be filed once Steven Ortega, Jr. has been sentenced.

Dated:  8/5/2016                                PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                By:  /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

Dated:  8/5/2016



                                                 /s/ William J. Portanova
                                                WILLIAM J. PORTANOVA
                                                Attorney for Petitioner Redwood Credit Union

                                                As authorized via email

                                **ORDER**

IT IS SO ORDERED.

Dated: August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE