RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00198-MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DATE FOR SELF-SURRENDER TO DESIGNATED INSTITUION** |
| STEVEN ORTEGA, JR., | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Richard Bender, and defendant Steven Ortega, Jr., by and through his counsel of record Randy Sue Pollock, hereby stipulate to extend the date for Mr. Ortega's self-surrender the designated federal institution from October 6, 2016 to November 7, 2016 at 2 p.m.

Dated:  September 22, 2016         /s/ Richard Bender
                                   RICHARD BENDER, ESQ.
                                   Assistant United States Attorney

Dated:  September 22, 2016         /s_Randy Sue Pollock
                                   RANDY SUE POLLOCK, ESQ.
                                   Counsel for Defendant STEVEN ORTEGA, JR.

STIPULATION AND ORDER TO CONTINUE SENTENCING                                       1

ORDER

Pursuant to the parties' stipulation, defendant Steven Ortega, Jr.'s self-surrender date is hereby extended from October 6, 2016 to November 7, 2016 at 2 p.m.

IT IS SO ORDERED.

Dated: September 26, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE