1   RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
2   286 Santa Clara Avenue
3   Oakland, CA 94610
    Telephone: (510) 763-9967
4   Facsimile: (510) 380-6551
5   rsp@rspollocklaw.com

6   Attorney for Defendant
    STEVEN ORTEGA, JR.
7

8                    UNITED STATES DISTRICT COURT

9
                     EASTERN DISTRICT OF CALIFORNIA
10

11                               -ooo-

12  UNITED STATES OF AMERICA,        )   **CASE NO. CR12-0198 MCE**
                                     )
13              Plaintiff,           )   **REQUEST TO RETURN**
                                     )   **COLLATERAL POSTED**
14                                   )   **TO SECURE PRE-TRIAL RELEASE**
      vs.                            )   **OF STEVEN ORTEGA, JR.;**
15                                   )   **ORDER**
    STEVEN ORTEGA, JR.               )
16                                   )   _____
                                     )
17              Defendant.           )
                                     )
18  _____)

19      On May 24, 2012, bond was set in the amount of $100,000, secured by a recorded deed of

20  trust on property owned by Andrea Vickery at 803 Virginia Drive, Rio Vista, CA.  Mr. Steven

21  Ortega, Jr. is presently in custody serving his sentence at the Federal Correctional Institution in

22  Sheridan, Oregon.  Given his incarceration, Mr. Ortega, Jr., through his counsel Randy Sue

23  Pollock, requests a court order to reconvey the property used to secure his pretrial release.

24  Dated: January 8, 2017                  Respectfully submitted,

25
                                           _/s/ Randy Sue Pollock_
26                                         RANDY SUE POLLOCK, ESQ.
                                           Counsel for Defendant Steven Ortega Jr.
27

28

    REQUEST AND ORDER TO RETURN COLLATERAL POSTED FOR BOND                          1

1

**ORDER**

2    Good Cause Appearing, it is hereby ordered that the Clerk reconvey the property used to

3 secure the pretrial release of Steven Ortega, Jr.

4    IT IS SO ORDERED.

5 Dated:  January 10, 2017

6

7    _____

8    MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST AND ORDER TO RETURN COLLATERAL POSTED FOR BOND                    2