RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
STEVEN ORTEGA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR12-0198 MCE** |
| ) | |
| Plaintiff, ) | **REQUEST TO RETURN** |
| ) | **COLLATERAL POSTED** |
| vs. ) | **TO SECURE PRE-TRIAL RELEASE** |
| ) | **OF STEVEN ORTEGA, JR.;** |
| STEVEN ORTEGA, JR. ) | **ORDER** |
| ) | _____ |
| Defendant. ) | |
| ) | |

On May 24, 2012, bond was set in the amount of $100,000, secured by a recorded deed of trust on property owned by Andrea Vickery at 803 Virginia Drive, Rio Vista, CA.  Mr. Steven Ortega, Jr. is presently in custody serving his sentence at the Federal Correctional Institution in Sheridan, Oregon.  Given his incarceration, Mr. Ortega, Jr., through his counsel Randy Sue Pollock, requests a court order to reconvey the property used to secure his pretrial release.

Dated: January 8, 2017                                Respectfully submitted,

                                                                    */s/ Randy Sue Pollock*
                                                                    RANDY SUE POLLOCK, ESQ.
                                                                    Counsel for Defendant Steven Ortega Jr.

**ORDER**

Good Cause Appearing, it is hereby ordered that the Clerk reconvey the property used to secure the pretrial release of Steven Ortega, Jr.

IT IS SO ORDERED.

Dated:  January 10, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE