| PROB 22 (ED/CA)<br>(Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)*<br>0972 2:12CR00198-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(REC. COURT)*<br>CR 19-446 JSW |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT<br>E-CA | DIVISION<br>Sacramento |
|---|---|---|
| Steven Ortega, Jr.<br><br>FILED<br>Sep 25, 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | NAME OF SENTENCING JUDGE<br>United States District Judge Morrison C. England, Jr. | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>11/7/2018 | TO<br>11/6/2021 |

| OFFENSE |
|---|
| 21 USC 841(a)(1) and 846 – Conspiracy to Manufacture Marijuana (CLASS B FELONY) |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dated:  July 2, 2019

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RESTITUTION:   If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

| September 16, 2019 | */s/* |
|---|---|
| Effective Date | United States District Judge |

ORIGINAL FILED SEP 16 2019 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

CC:   United States Attorney
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX